# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARIA LOTOCZKY,

    Plaintiff,

-v-

CONNECTED VENTURES, LLC,

    Defendant.

Case No. 04-74365

Honorable John Corbett O'Meara

Magistrate Judge R. Steven Whalen

*14 W/atteal 1-4* (handwritten)

---

SAKIS & SAKIS, PLC
Attorneys for plaintiffs
By:   **Raymond S. Sakis**   (P19843)
       **Jason R. Sakis**     (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680



---

# PLAINTIFF COUNSEL'S MOTION
# TO WITHDRAW FROM REPRESENTATION

---

NOW COMES the plaintiff, MARIA LOTOCZKY, through her attorneys, SAKIS & SAKIS,

and for the law firm of Sakis & Sakis, states as follows:

SAKIS & SAKIS, P.L.C.
Attorneys at Law
3250 W. Big Beaver Rd., Ste. 123
Troy, MI 48084
Telephone: (248) 649-1160
Facsimile: (248) 637-9737

1.      The facts recited herein demonstrate that the attorney/client relationship in this case has deteriorated such that the plaintiff refuses to communicate with the law firm of Sakis & Sakis.

2.      A letter was sent to the plaintiff along with Defendant's First Set of Interrogatories and Requests for Admissions along with an explanation indicating that she must answer the requests within a timely fashion. The aforementioned letter and materials were sent to her on April 20, 2005. (Exhibit 1).

3.      After receiving no indication of forthcoming answers or documents, a call was placed to the plaintiff by the law firm of Sakis & Sakis on May 11, 2005 to remind her of the legal duty to return timely answers and documents so that they could be properly returned over to the defendant. During that conversation, the plaintiff acknowledged her obligation and promised to return the materials forthwith to the law firm of Sakis & Sakis.

4.      In addition to the phone call made by Sakis & Sakis on May 11, 2005, a letter was mailed to the plaintiff reminding her of the importance of returning the desired materials and the adverse impact her refusal to comply would have upon her case. (Exhibit 2).

5.      Due to the tardiness of the necessary answers and documents, a one week extension to file a response to the defendant's discovery requests was graciously granted by opposing counsel, Douglas A. Kuber - a copy which was provided to the plaintiff. (Exhibit 3).

6.      Ms. Lotoczky failed to fulfill her duty of providing answers to the Defendant's Interrogatories, Requests for Production of Documents, and Requests for Admissions on or before the deadline of May 16, 2005, or the extended deadline of May 23, 2005.

SAKIS & SAKIS, P.L.C.
Attorneys at Law
3250 W. Big Beaver Rd., Ste. 123
Troy, MI 48084
Telephone: (248) 649-1160
Facsimile: (248) 637-9737

7.      A certified letter was subsequently sent to the plaintiff confirming the fact that her answers had not been received by the law firm of Sakis & Sakis.  (Exhibit 4).

8.      Plaintiff has since refused to communicate and/or cooperate with her attorneys.

9.      Sakis & Sakis can only take such failures to provide the requested items in a timely manner as an indication that either the plaintiff does not intend to pursue her claim, or alternatively, that she does not intend to communicate with the firm of Sakis & Sakis.

10.     Due to the apparent lack of cooperation and the deterioration of the attorney/client relationship in this case, Sakis & Sakis can no longer effectively represent Ms. Lotoczky.

11.     For these reasons, plaintiff's counsel is requesting that it be permitted to withdraw from representation.

WHEREFORE, the law firm of Sakis & Sakis respectfully requests that it be permitted to withdraw from representation in this particular matter.

SAKIS & SAKIS, PLC
Attorneys for Plaintiff

DATED:      June 2, 2005                    By: _____
                                                Jason R. Sakis (P59525)

SAKIS & SAKIS, P.L.C.
Attorneys at Law
3250 W. Big Beaver Rd., Ste. 123
Troy, MI 48084
Telephone: (248) 649-1160
Facsimile: (248) 637-9737



# SAKIS & SAKIS

### ATTORNEYS AND COUNSELORS
*Professional Limited Liability Company*
3250 West Big Beaver Road, Suite 123
Troy, Michigan 48084
Tel: (248) 649-1160    Fax: (248) 637-9737

Jason R. Sakis
E-mail: jasonsakis@sakislaw.com

www.sakislaw.com

April 20, 2005

Maria Lotoczky
3649 Karen Parkway, Ste. 301
Waterford, Michigan 48328

      Re:  Maria Lotoczky v. Connected Ventures, LLC
          Case No. 04-74365

Dear Ms. Lotoczky:

Please find enclosed Defendant's First Set of Requests for Admissions to Plaintiff. Defendant's First Set of Requests for Production of Documents to Plaintiff and Defendant's First Set of Interrogatories to Plaintiff. regarding the above referenced matter.

Please answer and provide the requested documents to the best of your ability and return to our office as soon as possible in the self addressed stamped envelope provided..

Thank you for your attention to this matter.

Respectfully,

SAKIS & SAKIS, PLC

Raymond S. Sakis

Enclosure

N:\Docs\CLIENTS WIP\Lotoczky\LTR to client.wpd



# SAKIS & SAKIS

## ATTORNEYS AND COUNSELORS
*Professional Limited Liability Company*
3250 West Big Beaver Road, Suite 123
Troy, Michigan 48084
Tel: (248) 649-1160    Fax: (248) 637-9737

Jason R. Sakis
E-mail: jasonsakis@sakislaw.com

www.sakislaw.com

May 11, 2005

Maria Lotoczky
650 Red Oak Lane
Rochester, Michigan 48307

      Re:  Maria Lotoczky v. Connected Ventures, LLC
          Case No. 04-74365

Dear Ms. Lotoczky:

This will confirm that your answers to the Defendant's discovery requests are long overdue.  As we mentioned in the previous letter and on your voicemail, it is imperative that you provide us with your answers as soon as possible.  They are due with the Court on May 16, 2005.  If the requests for admissions are not answered they are deemed to be admitted, so it is very important that you answer them.

Thank you for your assistance.

Respectfully,

SAKIS & SAKIS, PLC

Jason R. Sakis

N:\Docs\CLIENTS WIP\Lotoczky\LTR to client. 2.wpd.wpd

3

# SAKIS & SAKIS

ATTORNEYS AND COUNSELORS
*Professional Limited Liability Company*
3250 West Big Beaver Road, Suite 123
Troy, Michigan 48084
Tel: (248) 649-1160   Fax: (248) 637-9737

Jason R. Sakis
E-mail: jasonsakis@sakislaw.com

www.sakislaw.com

May 16, 2005

**VIA FAX AND FIRST CLASS MAIL**
**212.813.2681**

Douglas A. Kuber, Esq.
Kuber Law Group
575 Madison Avenue, 10th Floor
New York, New York 10022

> Re: Maria Lotoczky v. Connected Ventures, LLC
> Case No. 04-74365

Dear Mr. Kuber:

This will confirm our telephone conversation wherein you granted me a one week extension to file a response to the Defendant's Request for Admissions. My client's failure to timely provide me with her answers, after having been sent two letters requesting same, has forced me to make this request.

Your professional courtesy is greatly appreciated.

Respectfully,

SAKIS & SAKIS, PLC

Jason R. Sakis

cc: Maria Looczky

N:\Docs\CLIENTS WIP\Lotoczky\LTR to kuber.wpd



# SAKIS & SAKIS

ATTORNEYS AND COUNSELORS
*Professional Limited Liability Company*
3250 West Big Beaver Road, Suite 123
Troy, Michigan 48084
Tel: (248) 649-1160    Fax: (248) 637-9737

Jason R. Sakis
E-mail: jasonsakis@sakislaw.com

www.sakislaw.com

May 18, 2005

**VIA CERTIFIED MAIL**
Maria Lotoczky
650 Red Oak Lane
Rochester, Michigan 48307

    Re:  Maria Lotoczky v. Connected Ventures, LLC
        Case No. 04-74365

Dear Ms. Lotoczky:

    This letter will confirm that you have failed to provide us with answers to the defendant's interrogatories, requests for documents and requests for admissions. As you know, you case will be adversely affected by the failure to answer those questions.

Respectfully,

SAKIS & SAKIS, PLC

Jason R. Sakis

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To MARIA LOTOCZKY
Street, Apt. No.; or PO Box No. 650 RED OAK LANE
City, State, ZIP+4 ROCHESTER, MI. 48307

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0000 6914 1242

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARIA LOTOCZKY,

    Plaintiff,

-v-

                                   Case No. 04-74365

CONNECTED VENTURES, LLC,      Honorable John Corbett O'Meara
                                   Magistrate Judge R. Steven Whalen

    Defendant.

---

**SAKIS & SAKIS, PLC**
Attorneys for plaintiffs
By:   **Raymond S. Sakis**   (P19843)
       **Jason R. Sakis**     (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680



---

## NOTICE OF HEARING

TO: Plaintiff

    Please take notice that Plaintiff's Motion To Compel will be brought on for hearing at a date

and time to be set by the Court.

                                        **SAKIS & SAKIS, PLC**
                                        Attorney for plaintiff

DATED:    June 2, 2005                 By: _____
                                             Jason R. Sakis       (P59525)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIA LOTOCZKY,

      Plaintiff,

-v-

CONNECTED VENTURES, LLC,

      Defendant.

Case No. 04-74365
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

---

**SAKIS & SAKIS, PLC**
Attorneys for plaintiffs
By:   **Raymond S. Sakis**   (P19843)
      **Jason R. Sakis**   (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800



---

# CERTIFICATE OF SERVICE

---

     The undersigned hereby avers and affirms that a copy of *Plaintiff Counsel's Motion to Withdraw From Representation, Notice of Hearing and Certificate of Service* were served upon the plaintiff at the address listed below, on June 2, 2005, via first class mail:

        **Maria Lotoczky**
        650 Red Oak Lane
        Rochester, Michigan 48307

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARIA LOTOCZKY,

       Plaintiff,

-v-

CONNECTED VENTURES, LLC,

       Defendant.

Case No. 04-74365
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

---

SAKIS & SAKIS, PLC
Attorneys for plaintiffs
By:   **Raymond S. Sakis**   (P19843)
       **Jason R. Sakis**   (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680



---

## CERTIFICATE OF SERVICE

    The undersigned hereby avers and affirms that a copy of *Plaintiff Counsel's Motion to Withdraw From Representation, Notice of Hearing and Certificate of Service* were served upon defense counsel at the address listed below, on June 2, 2005, via first class mail.

        Douglas A. Kuber
        Attorney for Defendant
        575 Madison Avenue, 10th Floor
        New York, New York 10022