UNITED STATES DISTRICT COURT **FILED**
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION       2005 JUL 15 P 3: 37

U.S. DISTRICT COURT
ANN ARBOR

MARIA LOTOCZKY,

    Plaintiff,

-v-

CONNECTED VENTURES, LLC,

    Defendant.

Case No. 04-74365
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

---

SAKIS & SAKIS, PLC
Attorneys for Plaintiffs
By:   **Raymond S. Sakis**  (P19843)
        **Jason R. Sakis**    (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680

**RECEIVED**

JUL 1 2005
Clerk's Office
U.S. District Court
Ann Arbor, MI

---

# AFFIDAVIT OF JASON R. SAKIS

STATE OF MICHIGAN   )
                              )  ss/
COUNTY OF OAKLAND  )

    1.    That I am the attorney for the Plaintiff, Maria Lotoczky in the above referenced matter.

    2.    That during my representation of the Plaintiff, Maria Lotoczky, I made numerous contacts/communications with the Plaintiff in regard to assisting her in response to the Defendant's

SAKIS & SAKIS, P.L.C.
Attorneys at Law
3250 West Big Beaver Road, Suite 123
Troy, Michigan 48084
Telephone: 248.649.1160
Fax: 248.637.9737

discovery requests.

3. That I contacted the Plaintiff on February 8, 2005, April 20, 2005, May 11, 2005, May 18, 2005 and May 25, 2005 in regard to the ongoing discovery requests.

4. That on June 3, 2005 I consulted with the Plaintiff in regard to withdrawing from representation on the above referenced matter by placing a copy of the Motion to Withdraw via First Class Mail.

5. That to date, I have not heard from the Plaintiff.

6. That there has been a breakdown of communication with the Plaintiff.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND ACCURATE.

DATED: July 12, 2005

_____
Jason R. Sakis

On this 12th day of July, 2005, before me, a Notary Public in and for said County and State, personally appeared Jason R. Sakis who, being first duly sworn, deposes and says: that he has read the foregoing Affidavit, by him subscribed; that he knows the contents thereof; and that the same is true of his own information, knowledge, and belief.

_____
Notary Public, Oakland County, Michigan
My Commission Expires: Aug 10, 2007

N:\Docs\CLIENTS WIP\Lotoczky\AFFIDAIVT. 2 wpd.wpd

SAKIS & SAKIS, P.L.C.
Attorneys at Law
3250 West Big Beaver Road, Suite 123
Troy, Michigan 48084
Telephone: 248.649.1160
Fax: 248.637.9737

1