# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIA LOTOCZKY,

     Plaintiff,

-v-

CONNECTED VENTURES, LLC,

     Defendant.

Case No. 04-74365
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

---

SAKIS & SAKIS, PLC
Attorneys for Plaintiffs
By:   **Raymond S. Sakis**  (P19843)
      **Jason R. Sakis**    (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680

---

# AFFIDAVIT OF RAYMOND S. SAKIS

STATE OF MICHIGAN    )
                        )   ss/
COUNTY OF OAKLAND  )

1.    I am the attorney representing Plaintiff in the above entitled matter.

2.    That on June 25, 2005 I mailed via 1st Class Mail a correspondence to client, Maria Lotoczky advising her of Judge O'Meara's Order of July 15, 2005.

3.   That on August 1, 2005, I mailed to the Plaintiff, Maria Lotoczky, via Certified Return Receipt Requested the aforementioned correspondence.

4.   That on August 1, 2005, I attempted to call the Plaintiff at her last known phone number.

5.   That since May 11, 2005 my office has been unable to contact or speak to the Plaintiff concerning our representation of the Plaintiff.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND ACCURATE.

DATED:   August 10, 2005

Raymond S. Sakis

On this _____ day of August, 2005, before me, a Notary Public in and for said County and State, personally appeared Raymond S. Sakis who, being first duly sworn, deposes and says: that he has read the foregoing Affidavit, by him subscribed; that he knows the contents thereof; and that the same is true of his own information, knowledge, and belief.

Notary Public, Oakland County, Michigan
My Commission Expires:

N:\Docs\CLIENTS WIP\Lotoczky\AFFIDAIVT. 4 wpd.wpd

1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARIA LOTOCZKY,

     Plaintiff,

-v-

CONNECTED VENTURES, LLC,

     Defendant.

Case No. 04-74365
Honorable John Corbett O'Meara
Magistrate Judge R. Steven Whalen

---

SAKIS & SAKIS, PLC
Attorneys for Plaintiffs
By:   **Raymond S. Sakis**   (P19843)
     **Jason R. Sakis**    (P59525)
Suite 123
3250 West Big Beaver Road
Troy, Michigan 48084
248.649.1160

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

**KUBER LAW GROUP, P.C.**
By: Douglas A. Kuber
Attorney for Defendant
575 Madison Avenue, 10th Floor
New York, New York 10022
212-813-2680

---

# PROOF OF SERVICE

     On August 2, 2005,  I mailed a Response To Defendant's Motion To Recover Fees And Expenses and Plaintiff Attorney's Brief In Support Of His Response To Defendant's Motion To Recover Fees And Expenses upon:

          KUBER LAW GROUP, P.C.
          Douglas A. Kuber, Esq.
          575 Madison Avenue, 10th Floor
          New York, New York 10022

via 1st class U.S. mail.

          I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY
INFORMATION, KNOWLEDGE AND BELIEF.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARIA LOTOCZKY,

     Plaintiff,

-v-

                                 Case No. 04-74365

CONNECTED VENTURES, LLC,         Honorable John Corbett O'Meara

                                 Magistrate Judge R. Steven Whalen

     Defendant.

---

| | |
|---|---|
| SAKIS & SAKIS, PLC | **KUBER LAW GROUP, P.C.** |
| Attorneys for Plaintiffs | By: Douglas A. Kuber |
| By:  **Raymond S. Sakis**  (P19843) | Attorney for Defendant |
|      **Jason R. Sakis**    (P59525) | 575 Madison Avenue, 10th Floor |
| Suite 123 | New York, New York 10022 |
| 3250 West Big Beaver Road | 212-813-2680 |
| Troy, Michigan 48084 | |
| 248.649.1160 | |

**DRAPER & RUBIN, P.C.**
By: David Draper (P43750)
Co-Counsel for Defendant
18580 Mack Avenue
Grosse Pointe Farms, Michigan 48236
313-885-6800

---

# PROOF OF SERVICE

On July 25, 2005 I mailed a copy of Judge O'Meara's Order and correspondence from Raymond

Sakis to inform Ms. Lotoczky of the status of her case upon:

        Maria Lotoczky
        650 Red Oak Lane
        Rochester, Michigan 48307

via 1st class U.S. mail.

        I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY
        INFORMATION, KNOWLEDGE AND BELIEF.