UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA LOTOCZKY,

       Plaintiff,                      Case No. 04-74365

v.                                    District Judge John Corbett O'Meara
                                         Magistrate Judge R. Steven Whalen

CONNECTED VENTURES, LLC.,

       Defendant.

_____/

**ORDER**

      For the reasons stated on the record on September 1, 2005, Defendant's Motion to Recover Fees and Expenses [Docket #13] is GRANTED, and, pursuant to Fed.R.Civ.P. 37, Defendant is awarded reasonable attorney fees and expenses in the amount of $1,500.00.

      SO ORDERED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 2, 2005.

                                            S/Gina Wilson
                                            Judicial Assistant