# DRAPER & RUBIN, P.L.C.
*Attorneys & Counselors at Law*

David R. Draper        **Wayne County Office**        david@draper-rubin.com

18580 Mack Ave.
Grosse Pointe Farms, Michigan 48236
(313) 885-6800   Phone
(313) 885-6801 – Fax
www.draper-rubin.com

January 17, 2006

U.S. DISTRICT COURT
ANN ARBOR
2006 JAN 19 P 1:22
FILED

U.S. District Court
Eastern District of Michigan
Attn: **Denise** - Clerk for the Hon. John O'Meara
200 East Liberty Street, Court Room #1
Ann Arbor MI  48104

RE:   Lotoczky v Connected Ventures
      Case No.: 04-74365

Dear Denise:

Please let this letter confirm that the Motion Hearing scheduled for February 9, 2006 has been adjourned to Thursday, March 2, 2006 at 2:00 p.m. regarding the above-mentioned case. Enclosed with this letter is the letter that was sent to the Plaintiff, Maria Lotoczky at her last known address. Pursuant to our discussion, the Plaintiff's attorney has withdrawn from this matter.

Thank you for your attention to this matter.

Very truly yours,

DAVID R. DRAPER

*Just made sure scheduled for March 2nd*

DRD:sc

cc:    Mr. Douglas A. Kuber

# DRAPER & RUBIN, P.L.C.
*Attorneys & Counselors at Law*

David R. Draper         **Wayne County Office**         david@draper-rubin.com

18580 Mack Ave.
Grosse Pointe Farms, Michigan 48236
(313) 885-6800 – Phone
(313) 885-6801 – Fax
www.draper-rubin.com

January 17, 2006

Ms. Maria Lotoczky
650 Red Oak Lane
Rochester MI 48307

      RE:    Lotoczky v Connected Ventures, LLC
               Case No.: 04-74365

Dear Ms. Lotoczky:

Please be advised that the Notice of Motion Hearing scheduled for February 9, 2006 has been adjourned to ***Thursday, March 2, 2006 at 2:00 p.m.*** in the Hon. John Corbett O'Meara's courtroom regarding the above-mentioned case.

Thank you for your attention to this matter.

                                    Very truly yours,

                                    DAVID R. DRAPER

DRD:sc