# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARIA LOTOCZKY,

        Plaintiff(s),

Case Number: 04-74365

Honorable John Corbett O'Meara
United States District Judge

v.

CONNECTED VENTURES, L.L.C.

        Defendant(s).

Magistrate John R. Steven Whalen

## ORDER OF DISMISSAL WITH PREJUDICE

At a Session of Said Court, held in U.S. District Court – Eastern District of Michigan, City of Ann Arbor, County of Washtenaw, State of Michigan, on: _____ 3-7-06 _____

JOHN CORBETT O'MEARA

PRESENT: THE HON. _____

U.S. DISTRICT COURT JUDGE

The Court having been fully advised in the premises, having reviewed the briefs and having heard oral argument on March 2, 2006:

IT IS HEREBY ORDERED that the above entitled matter is dismissed with prejudice. This is a final order and closes the case.

U.S. DISTRICT COURT JUDGE

FILED

**MAR 0 7 2006**

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI